UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH WAYNE FULLER, and<br>CALEB FULLER<br><br>    Defendants. | Case No. 23-CR-209 (CKK) |

### UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment against the defendants with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Respectfully submitted,

EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

/s/ Cytheria D. Jernigan
CYTHERIA D. JERNIGAN
Assistant U.S. Attorney
D.C. Bar No. 494742
Detailed to the U.S. Attorney's Office
for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: (318) 676-3611
Cytheria.Jernigan@usdoj.gov

1

/s/ *Matthew E Vigeant*
MATTHEW E. VIGEANT
Assistant United States Attorney
D.C. Bar No. 144722
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.,
Washington, D.C. 20530
Phone: (202) 252-2423
Email: Matthew.Vigeant@usdoj.gov